UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR MANUEL ESTRADA-CERVANTES (A-Number: 089-956-863),

Petitioner,

v.

CURRENT OR ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

No. 1:26-cv-00640-KES-CDB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S EMERGENCY PETITIONS FOR WRIT OF HABEAS CORPUS AND MOTIONS TO ENFORCE

Docs. 19, 20, 22, 23, 24

Petitioner Hector Manuel Estrada-Cervantes is an immigration detainee proceeding pro se, who has filed an emergency petition for writ of habeas corpus and motions to enforce. Docs. 19, 20, 23, 24. On July 23, 2026, the Court referred petitioner's initial emergency petition and motion to enforce to the assigned magistrate judge, for the preparation of findings and recommendations. Doc. 21.

On July 27, 2026, the assigned magistrate judge issued findings and recommendations to deny petitioner's emergency petition for writ of habeas corpus and motion to enforce. Doc. 22. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service thereof. *Id.* at 6–7. No objections have been filed, and the time to do so has passed. While petitioner did not file objections addressing the findings and recommendations, he subsequently filed two additional

motions to enforce. Docs. 23, 24. Petitioner's subsequent motions to enforce, Docs. 23 & 24, do not undermine analysis of the magistrate judge's findings and recommendations, and for the same reasons as addressed in the findings and recommendations, these motions likewise fail to establish a basis for relief.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court likewise finds that petitioners' subsequent motions to enforce, Docs. 23 & 24, fail to establish a basis for relief.

Accordingly,

1. The findings and recommendations issued on July 27, 2026, Doc. 22, are ADOPTED in full.
2. Petitioner's emergency petition for writ of habeas corpus and his motions to enforce, Docs. 19, 20, 23, 24, are DENIED.
3. The Clerk of the Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: September 15, 2026

UNITED STATES DISTRICT JUDGE